Name: LEILA MARIE MCCOY

Address: 2000 E BROADWAY #174 COLUMBIA MO 65201

Telephone Phone: 916.432.0038

Email: EOMMA1675@GMAIL.COM

**FILED**

May 31 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ melindajwilliams   DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

LEILA MARIE MCCOY

Plaintiff(s),

v.

CALIFORNIA CIVIL RIGHTS DEPARTMENT

Defendant(s).

Case No.: **'23CV1013 DMS JLB**
(assigned at time of filing)

**COMPLAINT**

**I.   RELATED CASES**

a. Do you have other Civil Case(s) in this or any other federal court?

☒ Yes    ☐ No

b. If yes, please list the case numbers here:

UNKNOWN

**II.   STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

A. I AM BLIND, MOBILITY IMPAIRED, AND HAVE DIABETIC NEUROPATHY WHICH AFFECTS MY ABILITY TO TYPE AND READ. I CANNOT USE PRINT AND MUST USE ADAPTIVE SPEECH SOFTWARE TO FILL OUT FORMS. I PROVIDED A LETTER FROM MY DOCTOR TO VERIFY MY ACCOMMODAITONS NEEDS AND ASKED UNDER THE UNRUH ACT, ADA AND REHABILITATION ACT TO BE PROVIDED ACCOMMODAITONS ALLOWING ME EQUAL ACCESS TO THE AGENCY PROGRAMS, SERVICES AND FACILITIES INCLUDING TO BORROW AN AUXILLARY AIDE TO BE ABLE TO OPEN AND ACCESS THEIR COMMUNICATION AND OR A QUALIFIED READER SINCE THE AGENCY KEP SEND NON ACCESSIBLE EMAILS TO ME AFTER I REPEATEDLY EXPLAINED THAT DUE TO MY DISABILTIES I CANNOT READ OR ACCESS THAT KIND OF COMMUNICATION

B. TO AVOID ACCOMMODATING ME THE AGENCY CLOSED LIGOTO,ATE COMPLAINTS IN RETALIAITON FOR ME CONTACTING A SUPERVISOR TO RESOLVE MY EQUAL ACCESS REQUEST/COMPLAINT. DUE TO REFUSING PROCESSING OF MY COMPLAINTS AND REFUSING THE MEDIATION PROCESS WITH THE STATE AGENCY DENYING ME AND MY DISABLED CHILDREN ACCESS TO FEDERAL BENEFITS PROGRAMS I WAS LEFT WITHOUT LIFE SUSTAINING MEDICATION HOUSING AND OTHER NECESSITIES.

C. I FILED COMPLAINT AFTER A STATE ADMIN LAW JUDGE RULES THE AGENCY AND IT'S CONTRACTORS HAD DISCRIMINATED AGAINST ME AND MY FAMILY THUS THE AGENCY KNEW MY COMPLAINT WAS LIGITIMATE BUT DISMISSED THE COMPLAINT TO RETALIATE WITH FULL KNOWLEDGE THAT DOING SO DEPRIVES ME AS A DISABLE CONSUMER AND MY DISABBLED CHILDREN THE RIGHT TO ENFORCE THE RULING BY THE STATE JUDGE AND OUR DISABILITY AND CIVIL RIGHTS.

**III.  RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

TWO MILLION DOLLARS, PUNITIVE DAMAGES FOR LOSS OF LIFE ENJOYMENT, INCONVENIENCE, RETALIAITON AND FOR DENYING ME FAIR TREATMENT IN A STATE/FEDERALLY FUNDED PROGRAM AND USING THEIR POWER TO PREVENT ME FROM GETTING DUE PROCESS AND INVESTIGATION OF MY COMPLAINT. THE AGENCY IS CHARGED WITH PROTECTING OUR CIVIL/UNRUH/ADA AND VAWA RIGHTS BUT DENIED ME DUE PROCESS AND EQUAL PROTECTION UNDER THE LAW FOR MY ADA ENFORCEMENT AND EQUAL ACCESS REQUEST WITH NO REGARD FOR MY HEALTH/SAFETY NOR THAT OF THE CHILDRNE IN MY HOUSEHOLD WHOSE LIVES WERE ENDANGERED AND NEEDED THE SERVICES WE WERE BEING DENIED THAT WERE ADDRESSED ION THE COMPLAINTS.

**IV.  DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☐ Yes        ☒ No

I declare under penalty of perjury that the foregoing is true and correct.

_5/22/23_
Date

Signature: X (Blind)

Printed Name: Leila Marie McCoy

4